VICTOR ZEOLI, an Infant, by NICOLA ZEOLI, His Guardian ad Litem, and NICOLA ZEOLI v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WALTER WINCHESTER COX and Others, Appellants, Respondents, v. THE CITY OF NEW YORK, Respondent, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Arbitration between the Assignees of LEOMINSTER WORSTED COMPANY and H. ERNSTBERGER & COMPANY.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHEMICAL BANK & TRUST COMPANY, Successor to UNITED STATES MORTGAGE AND TRUST COMPANY, Mortgagee for the Benefit of the Holders of the Participation Certificates Secured by a First Mortgage, Dated as of the 25th day of November, 1925, Executed and Delivered by FIFTH AVENUE AND TWENTY-EIGHTH STREET REALTY CO., INC., Respondent, v. FIFTH AVENUE AND TWENTY-EIGHTH STREET REALTY CO., INC., and Others, Defendants, Impleaded with 245 FIFTH AVENUE BUILDING, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. (See *New York Title & Mortgage Co.* v. *Polk Arms, Inc.*, 262 N. Y. 21, opinion by Pound, Ch. J.) Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

BENSKY REALTY CORPORATION, Respondent, v. HENRY BRUCKNER, as President of the Borough of the Bronx, of the City of New York and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSE BAILEY and HARRY BAILEY, Appellants, v. A. PFEFERBLUM REALTY CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SAMUEL DIENER, Respondent, v. CARMEN CAB CORPORATION and HERMAN SAEGERT, Defendants, Impleaded with THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.*— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

MINNIE OHRINGER, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM E. COOK, One of the Executors under the Last Will and Testament of KATE G. FINKLER, Deceased, of the Acts and Doings of the Said KATE G. FINKLER, as One of the Substituted Trustees under the Last Will and Testament of JOHN R. GRAHAM, Deceased.— Decree and order affirmed, with costs to the respondent payable out of the fund. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

* Affd.. 264 N. Y. ——.